IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAUN MARQUS ROBINSON | NO.<br><br>3-21CR0159-N |

### INDICTMENT

The Grand Jury charges:

Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about February 17, 2021, in the Dallas Division of the Northern District of Texas, the defendant, **Shaun Marqus Robinson**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Smith & Wesson, model M&P-15, .223 caliber rifle, bearing serial number TK86257, and a Glock, model 19, 9 millimeter pistol, bearing serial number ADCW774.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Shaun Marqus Robinson**, shall forfeit to the United States of America any firearm, magazine, and ammunition involved or used in the offense, including the firearm(s) referenced below.

This property includes, but is not limited to, the following:

(1) a Smith & Wesson, model M&P-15, .223 caliber rifle, bearing serial number TK86257;

(2) a Glock, model 19, 9 millimeter pistol, bearing serial number ADCW774; and

(3) any magazine(s) and ammunition seized with the firearms.

A TRUE BILL:

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
BRIAN MCKAY
Assistant United States Attorney
Texas Bar No. 24046395
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Email: brian.mckay@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

SHAUN MARQUS ROBINSON

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
(Counts 1)

21 U.S.C. § 853(a)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                          FOREPERSON

Filed in open court this ___ day of April, 2021.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending