IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAUN MARQUS ROBINSON | No. 3:21-CR-159-N |

MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, Shaun Marqus Robinson, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____ Crime of violence (18 U.S.C. § 3156);

    _____ Maximum sentence life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in above categories

    _____ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

    _____ Felony involving a minor victim

    \_\_\_\_X\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    _____ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page  1**

2. <u>Reason for Detention.</u>   The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

　　　　_____ Defendant's appearance as required

　　　　____X____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>   The United States will invoke the rebuttable presumption against defendant because (check one or both):

　　　　_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

　　　　_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

　　　　_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2422

　　　　_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u>   The United States requests the Court conduct the detention hearing,

　　　　_____ At first appearance

　　　　____X____ After continuance of one day

**Motion for Detention - Page  2**

DATED this 12th day of July 2021.

                                           Respectfully submitted,

                                           PRERAK SHAH
                                           UNITED STATES ATTORNEY

                                           *s/ Brian McKay*
                                           BRIAN McKAY
                                           Assistant United States Attorney
                                           Texas Bar No. 24046395
                                           1100 Commerce Street, Third Floor
                                           Dallas, Texas 75242-1699
                                           Telephone: 214-659-8756
                                           Facsimile: 214-659-8809
                                           Email: brian.mckay@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, a copy of the foregoing was served on the defendant or counsel in accordance with the Federal Rules of Criminal Procedure.

                                             *s/ Brian McKay*
                                             BRIAN McKAY
                                             Assistant United States Attorney